| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2022 FEB 23  AM 11:42 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF  V. | CASE NUMBER: **2 2 MJ 0 0 7 4 0** |
|---|---|
| ARIEL JAMES PENNINGTON  USMS# _____  DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/23/2022 9:30 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   49 USC 46504 (Interference with Flight Attendant); 18 USC 111(a)(1) (Assault on Federal Officer)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: SA Jane Kim   (please print)

12. Office Phone Number: 626-705-6725

13. Agency: FBI

14. Signature: *Jane Kim*

15. Date: 02/23/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION